UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAM STERLING ALFORD,

    Petitioner,

v.                                    CASE NO. 5:17cv144-MCR/CAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated September 5, 2018. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed. ECF No. 25.

Having considered the Report and Recommendation, and any objections timely filed, I have determined the Report and Recommendation should be adopted.

Case No. 5:17cv144-MCR/MAF

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. Leave to proceed *in forma pauperis* is **DENIED**.

**DONE AND ORDERED** this 13th day of August 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**